IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED DAIE,<br><br>       Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION LONG TERM DISABILITY PLAN, *et al.*,<br><br>       Defendants. | No. C 15-05255 WHA<br><br>**NOTICE RE PRO HAC VICE APPLICATION** |

An order granted the pro hac vice application of Attorney Nancy B. Pridgen. Attorney Pridgen identified Attorney Douglas Johnston as local co-counsel in this matter, however, Attorney Johnston has not made an appearance. By **DECEMBER 10**, Attorney Johnston will please make an appearance in this action.

Dated: December 7, 2015.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE