UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ED DAIE,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION LONG DISABILITY PLAN, INTEL CORPORATION, THE REED GROUP, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1-50,<br><br>    Defendants. | Case No.: 3:15-cv-05255-WHA<br><br>[PROPOSED ORDER]<br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE** |

BEFORE THE COURT is Defendants' Motion to Extend the deadline for filing Defendants' Reply Brief in support of Defendants' Motion to Transfer Venue. Having reviewed the motion and being fully advised of its premises, the Court hereby GRANTS the Motion. Defendants shall have up to and including Monday, January 4, 2016 to file their Reply brief.

SO ORDERED this __31st__ day of December, 2015.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

5