**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

      Plaintiff,

  v.

INTEL CORPORATION LONG TERM DISABILITY PLAN, INTEL CORPORATION, THE REED GROUP, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1–50,

      Defendant.
                                     /

No. C 15-05255 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

      Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to transfer venue.

Dated: February 11, 2016.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE