IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

  v.

INTEL CORPORATION LONG TERM DISABILITY PLAN, INTEL CORPORATION, THE REED GROUP, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1–50,

    Defendants.

No. C 15-05255 WHA

**ORDER GRANTING IN PART REQUEST TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND TO EXCEED PAGE LIMITS FOR BRIEFS**

    The parties in this ERISA action jointly seek to extend the deadline for defendants' motion for summary judgment by two weeks to April 28. The parties cite the size and complexity of the administrative record, which exceeds 2,600 pages, and ongoing efforts to submit a joint statement of undisputed facts, the current draft of which totals ninety-eight pages. The proposed extension would also allow the parties to complete their mediation, which is scheduled for April 19. Finally, the parties ask to expand the page limits for their briefs in support of or in opposition to summary judgment to fifty pages each.

    Good cause shown, the deadline for dispositive motions is hereby extended to **APRIL 28**. The page limits on the opening and opposition briefs on any motion for summary judgment shall be **THIRTY-FIVE PAGES**. Any reply shall not exceed **FIFTEEN PAGES**.

    **IT IS SO ORDERED.**

Dated: April 13, 2016.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE