# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ED DAIE, | Case No. 3:15-cv-05255-WHA |
| Plaintiff, | **ORDER RE EXTENSION** |
| vs. | |
| INTEL CORPORATION LONG TERM DISABILITY PLAN, INTEL CORPORATION, REED GROUP, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1-50, | |
| Defendants. | |

The parties have filed a joint motion seeking to extend the deadline for engaging in mediation and for filing Motions for Summary Judgment. Good cause shown, the parties have until **Friday, June 3, 2016**, to participate in mediation of this case. Further, the parties have until **Friday, June 10, 2016**, to file the administrative record and Motions for Summary Judgment in this case. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: April 25, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

4833-3513-7328, v. 1