United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

v.

THE REED GROUP, INTEL CORPORATION, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1–50,

    Defendants.

No. C 15-05255 WHA

**ORDER DENYING REQUEST FOR EXTENSION OF DEADLINE TO FILE BRIEF**

Defendants in this ERISA action moved for summary judgment on June 10. Plaintiff's opposition brief is due on June 24, and defendant's reply is due on July 1. The hearing is scheduled for July 21. The parties filed a stipulation seeking to extend the briefing schedule by two weeks but leaving the hearing date in place. The stipulation provides no explanation of why the extension should be granted, and the proposed schedule would leave the Court with only six days between the completion of briefing and the hearing date.

The request for an extension is **DENIED**. This is without prejudice to a more modest request supported by good cause.

**IT IS SO ORDERED.**

Dated: June 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE