UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ED DAIE, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION LONG TERM DISABILITY PLAN, INTEL CORPORATION, THE REED GROUP, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1-50 <br><br> Defendants. | Case No. 3:15-cv-05255-WHA <br><br> [PROPOSED] ORDER RE EXTENSION <br><br><br> Oral Argument:   August 4, 2016 <br><br> Complaint Filed: 11/17/2015 <br> Trial Date: None Set |

Defendants have filed a Stipulation and Motion seeking to extend the deadline to file a combined response/reply brief for the cross-summary judgment motions pending before this Court (Dkt Nos. 46 & 54). Good cause shown, the Defendants have until **Thursday, July 21, 2016**, to file their brief. All other deadlines remain in force.

IT IS SO ORDERED.

Dated:  July 12, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE