Ray Bourhis, Esq. SBN 53196
Eric Whitehead, Esq. SBN 301449
RAY BOURHIS ASSOCIATES
12 Funston Avenue
San Francisco, CA 94129
Tel: (415) 392-4660
Fax: (415) 421-0259
RFBourhis@gmail.com
Eric.Whitehead@RayBourhis.com

Attorneys for Plaintiff, ED DAIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED DAIE, <br><br> Plaintiff, <br><br> v. <br><br> Defendants, <br><br> INTEL CORPORATION LONG TERM DISABILITY PLAN, INTEL CORPORATION, THE REED GROUP, CLAIM APPEAL FIDUCIARY SERVICES, and Does 1-50 | Case No.: 3:15-cv-05255-WHA <br><br> [PROPOSED] **ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** <br><br> Courtroom: 8 (19th Floor) <br> Judge: Hon. William Alsup |

After considering the papers submitted by Plaintiff, the Court finds compelling reasons to seal the Administrative Record, which contains Plaintiff's personal and confidential medical records. Therefore, IT IS HEREBY ORDERED that the Administrative Record, Docs. 39-45 submitted in support of Defendants' Motion for

---

Summary Judgment, be sealed from public access.

Dated: August 1, 2016.

_____

Hon. William Alsup
United States District Judge

Respectfully submitted,

Ray Bourhis, Esq. SBN 53196
Eric Whitehead, Esq. SBN 301449
RAY BOURHIS ASSOCIATES
12 Funston Avenue
San Francisco, CA 94129
Tel: (415) 392-4660
Fax: (415) 421-0259
RFBourhis@gmail.com
Eric.Whitehead@RayBourhis.com

Attorneys for Plaintiff, Ed Daie.