IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED DAIE,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION LONG TERM<br>DISABILITY PLAN, *et al.*,<br><br>    Defendants.<br>                                                         / | No. C 15-05255 WHA<br><br>**ORDER SEEKING<br>SUPPLEMENTAL BRIEFING** |

By **WEDNESDAY, AUGUST 3 AT NOON**, both sides shall please submit supplemental briefs **NOT TO EXCEED EIGHT PAGES** addressing the recent decision from our court of appeals in *Scoles v. Intel Corporation Long Term Disability Plan*, No. 13-36167, 2016 WL 4056402 (9th Cir. July 29, 2016).

**IT IS SO ORDERED.**

Dated: August 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE