IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

  v.

INTEL CORPORATION LONG TERM DISABILITY PLAN, INTEL CORPORATION, THE REED GROUP, LTD., and CLAIM APPEAL FIDUCIARY SERVICES, INC.,

    Defendants.

No. C 15-05255 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Intel Corporation Long Term Disability Plan, Intel Corporation, The Reed Group, Ltd., and Appeal Fiduciary Services, Inc., and against plaintiff Ed Daie. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE