IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED DAIE,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION LONG TERM DISABILITY PLAN, *et al.*,<br><br>    Defendants.<br>                                                                  / | No. C 15-05255 WHA<br><br>**ORDER GRANTING JOINT MOTION RE HEARING** |

The Court is in receipt of the parties' joint motion to reschedule the hearing on defendants' motion for attorneys' fees, costs and sanctions (Dkt. No. 70) pending settlement negotiations (Dkt. No. 77). The hearing currently scheduled for November 3 is continued until **DECEMBER 15**. No further requests for continuances will be considered. The parties shall submit a status report updating the Court on the progress of their settlement negotiations by **DECEMBER 8 AT NOON**.

    **IT IS SO ORDERED.**

Dated: November 1, 2016.

                                                    WILLIAM ALSUP<br>                                                  UNITED STATES DISTRICT JUDGE