IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

  v.

INTEL CORPORATION LONG TERM DISABILITY PLAN, *et al.*,

    Defendants.

No. C 15-05255 WHA

**ORDER RE STATUS REPORT**

      The Court is in receipt of the parties' joint status report and notice of settlement (Dkt. No. 79). The hearing currently scheduled for December 15 is continued to **DECEMBER 29**. It will not be taken off calendar until a stipulation of dismissal is actually filed. If the parties require more time to finalize their settlement, they should submit (well before the hearing) a formal request showing good cause to further continue the hearing.

      **IT IS SO ORDERED.**

Dated: December 8, 2016.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE